UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 09-cv-415-MSK

WILLIE CLARENCE RICHARDSON,

      Plaintiff,

  v.

JAMES COFFMAN, and
SWIFT TRANSPORTATION CO., INC.,

      Defendants.
_____

**ORDER OF REMAND**
_____

      THIS MATTER comes before the Court *sua sponte*.

      The Plaintiff commenced this action in the Denver County District Court. Plaintiff brings suit against Defendants in connection with a motor vehicle accident. In his Complaint, attached to Defendants' Notice of Removal (**#1**), the Plaintiff did not request specific monetary relief.

      The Defendant asserts that this Court can exercise jurisdiction based upon diversity pursuant to 28 U.S.C.§ 1332. However, there is nothing before the Court other than the Defendants' averment in their Notice of Removal that indicates the amount in controversy.

      The amount in controversy is ordinarily determined by the allegations of the complaint or by the allegations in the notice of removal. *See Laughlin v. Kmart Corp.*, 50 F.3d 871, 873 (10th Cir. 1995)(citation omitted). The burden is on the party requesting removal to set forth, in the notice of removal itself, the underlying facts supporting the alleged amount in controversy. *See*

*id.* (citing *Gaus v. Miles Inc.*, 980 F.2d 564, 567 (9th Cir. 1992)).  Moreover, there is a strong presumption against federal court jurisdiction based upon removal. *See Baker v. Sears Holding Corp.*, 557 F.Supp.2d 1208, 1212 (D.Colo. 2007)(citing *St. Paul Mercury Indem. Co. v. Red Cab Co.*, 303 U.S. 283, 290-292 (1938) and *Martin v. Franklin*, 251 F.3d 1284, 1289 (10th Cir. 2000)).

Because Defendants' Notice does not set forth any underlying facts supporting its allegation regarding the amount in controversy, there has been an insufficient showing of the requisite amount in controversy to establish diversity jurisdiction. Accordingly, the action must be remanded to the State Court.  *See* 28 U.S.C. § 1447(c).

**IT IS THEREFORE ORDERED** that this action is **REMANDED** to the Denver County District Court.

Dated this 2nd day of March, 2009

                                      **BY THE COURT:**

                                      Marcia S. Krieger
                                      United States District Judge